**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2725**

─────────────

SANTOS DE JESUS HENRIQUEZ PARADA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

─────────────

On Petition for Review of an Order of the Board of Immigration
Appeals. (A28-073-338)

─────────────

Submitted: March 18, 2003          Decided: April 28, 2003

─────────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Charles D. Yates, Rockville, Maryland, for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Julia K. Doig, Senior
Litigation Counsel, Francesco Isgro, Senior Litigation Counsel,
Office of Immigration Litigation, Civil Division, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondents.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Santos de Jesus Henriquez Parada seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's order finding him deportable and denying his application for adjustment of status. We have reviewed the administrative record and the Board's decision and find no reversible error. Accordingly, we deny the petition for review substantially on the reasoning of the Board. See Henriquez Parada v. INS, No. A28-073-338 (B.I.A. Nov. 19, 1997).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] Because we find that the Board properly found Henriquez Parada to be deportable for failure to show that he applied for and received consent to reenter the United States after his prior deportation, we decline to reach the issue of whether the Board properly found that Henriquez Parada was also deportable on the ground that he lacked a valid immigrant visa.

2